UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                            Civil Action No. 09-CV-4484

                -against-                        (Bianco, J.)
                                                  (Wall, M.J.)
IDEAL MORTGAGE BANKERS, LTD.
d/b/a LEND AMERICA, and                              **DECLARATION**
MICHAEL HOWARD ASHLEY,                       **OF SERVICE**

                Defendants.
---------------------------------------------------------X

I, John Vagelatos, hereby declare and state that, on April 21, 2010, I served copies of the following documents by certified mail, return receipt requested:

(1) Motion to Enter Default Pursuant to Fed. R. Civ. P. 55(a) (Docket Entry No. 44);

(2) Declaration of John Vagelatos in Support of the United States of America's Motion to Enter Default Pursuant to Fed. R. Civ. P. 55(a) (Docket Entry No. 45);

(3) Proposed Notation of Default (Docket Entry No. 46);

(4) Certificate of Clerk Noting Default of Ideal Mortgage Bankers, Ltd. d/b/a Lend America (Docket Entry No. 47);

(5) Notice of Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55 (Docket Entry No. 48);

(6) Memorandum of Law in Support of the United States of America's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55 (Docket Entry No. 48-1);

(7) Proposed Default Judgment Pursuant to Fed. R. Civ. P. 55 (Docket Entry No. 48-2);

(8) Declaration of Service of items 5-7 above (Docket Entry No. 48-3); and

(9) Order dated April 20, 2010 (Docket Entry No. 49).

United States of America v. Ideal Mortgage Bankers,
LTD. d/b/a Lend America, et al., 09-cv-4484 (JFB)
Declaration of Service

I served these documents upon:

>Ideal Mortgage Bankers, Ltd.
>c/o Corporation Service Company
>80 State Street
>Albany, New York 12207
>
>Ideal Mortgage Bankers, Ltd.
>520 Broadhollow Road,
>Melville, New York 11747

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
April 21, 2010

JOHN VAGELATOS
Assistant United States Attorney
(718) 254-6182
John.Vagelatos@usdoj.gov